CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 031502 | FREDERICK H. BANKS | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./ DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | CR 03-00245-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S.A. v. FREDERICK H BANKS | X Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | X Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | SR |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
Representation of Defendant in matters pertaining to Hearing on Petition on Supervised Release

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| Patrick K. Nightingale, Esquire (PA ID # 76015)<br>210 Grant Street, #401<br>Pittsburgh, PA 15219<br><br>Telephone Number :          (412) 454-5582 | ☐ O  Appointing Counsel                    ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender      ☐ R  Subs For Retained Attorney<br>X P  Subs For Panel Attorney          X Y  Standby Counsel<br><br>Prior Attorney's                                    Charles M. Schwartz, Esquire<br>   Appointment Dates:                     October 24, 2011<br>☐ Because the above-named person represented has testified under oath or has otherwise<br>satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not<br>wish to waive counsel, and because the interests of justice so require, the attorney whose<br>name appears in Item 12 is appointed to represent this person in this case, OR |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | ☐ Other (See Instructions)<br><br>_Nora Barry Fischer_<br>Signature of Presiding Judicial Officer or By Order of the Court<br><br>November 5, 2013                                  October 25, 2013<br>Date of Order                                  Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time<br>appointment.        ☐ YES   ☐ NO |

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $          )   TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $          )   TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|
| TO: | | | |

| 22. CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number          ☐ Supplemental Payment |
|---|
| Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES . ☐ NO     If yes, were you paid?   ☐ YES   ☐ NO<br>Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this<br>representation?  ☐ YES    ☐ NO      If yes, give details on additional sheets<br>I swear or affirm the truth or correctness of the above statements. |
| Signature of Attorney                                                                                    Date |

| APPROVED FOR PAYMENT — COURT USE ONLY | | | | | |
|---|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE | |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE | |