CLD-039                                                                                        November 15, 2013

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **13-3470**

UNITED STATES OF AMERICA

    VS.

FREDERICK H. BANKS, Appellant

    (W.D. Pa. Civ. No. 2-03-cr-00245-001)

Present:   FUENTES, JORDAN and SHWARTZ, Circuit Judges

    Submitted by the Clerk is the within appeal for possible summary action under 3rd Cir. LAR 27.4 and Chapter 10.6 of the Court's Internal Operating Procedures.

    Respectfully,

    Clerk

MMW/RTS/jw/mlr

_____ORDER_____

Summary action is appropriate if there is no substantial question presented in the appeal. See Third Circuit LAR 27.4. For essentially the reasons set forth by the District Court, we will summarily affirm the District Court's order. See Third Circuit I.O.P. 10.6.

    By the Court,

    /s/ *Julio M. Fuentes*
    Circuit Judge

Dated: November 20, 2013

cc: Rebecca R. Haywood, Esq.
    Frederick H. Banks

**Certified as a true copy and issued in lieu of a formal mandate on** 12/13/2013

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**