IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 03-245 |
| | ) | Judge Nora Barry Fischer |
| FREDERICK H. BANKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 25th day of March, 2014, upon consideration of Defendant Frederick Banks' "Motion to Appoint Japanese Translator" (Docket No. [628]), filed in the above captioned matter on August 4, 2014,

IT IS HEREBY ORDERED that said Motion is DENIED.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: All counsel of record
Assistant U.S. Attorney Robert Cessar

cc: Frederick H. Banks
USMS # 05711068
North East Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH  44505
(via first class mail)