IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 03-245 |
| FREDERICK BANKS | |

STATUS REPORT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Robert S. Cessar, Assistant United States Attorney for said district, and provides the following notice:

1. Since the date of the last status report, the defendant Banks has filed numerous pleadings, including a motion under 28 U.S.C. § 2255 (in five separate parts) to which the government has replied.

2. Banks has filed several motions which are pending a reply by the government. The government has sought an extension, which was granted, permitting the government to respond by October 16, 2014.

3. To the government's knowledge, Banks is still incarcerated at the NEOCC and is not aware of his release date.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

s/Robert S. Cessar
ROBERT S. CESSAR
Assistant U.S. Attorney
PA ID No. 47736