BLD-008

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1877
_____

UNITED STATES OF AMERICA

v.

FREDERICK H. BANKS,
                                        Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Crim. No. 2-03-cr-00245-001)
District Judge:  Honorable Nora B. Fisher
_____

Submitted for Possible Summary Action Pursuant
to Third Circuit LAR 27.4 and I.O.P. 10.6 and for a
Decision on the Issuance of a Certificate of Appealability
October 9, 2014

Before:  AMBRO, JORDAN and KRAUSE, Circuit Judges

**JUDGMENT**

This cause came to be considered on the record from the United States District

Court for the Western District of Pennsylvania and was submitted for possible summary

action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 and a decision on the issuance

of a certificate of appealability on October 9, 2014.  On consideration whereof, it is now

hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered March 25, 2014, be and the same hereby is affirmed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

DATED: October 15, 2014

Certified as a true copy and issued in lieu
of a formal mandate on  11/10/2014

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**